Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 18−16980−JNP
           Chapter: 13
           Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorian Betts
   aka Dorian D Betts
   105 Harmony Circle Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1002

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          April 17, 2020
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*36* − Certification in Opposition to (related document:35 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 03/6/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Georgette Miller on behalf of Dorian Betts. (Miller, Georgette)

and transact such other business as may properly come before the meeting.

Dated: March 2, 2020
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dorian Betts  
    Debtor

Case No. 18-16980-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 02, 2020  
                    Form ID: 173    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2020.  
db        #+Dorian Betts,   105 Harmony Circle Road,   Sicklerville, NJ 08081-5638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   BAYVIEW LOAN SERVICING dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Elizabeth K. Holdren   on behalf of Creditor   Wilton's Corner Proprietary Association eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
        Georgette Miller   on behalf of Debtor Dorian Betts info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@georgettemillerlaw.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        John K. Justin   on behalf of Debtor Dorian Betts jkjustin@aol.com, justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com  
        John R. Morton, Jr.   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Rebecca Ann Solarz   on behalf of Creditor   BAYVIEW LOAN SERVICING rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 10