Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−16980−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorian Betts
   aka Dorian D Betts
   105 Harmony Circle Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1002

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/21/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: January 21, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                     Case No. 18-16980-JNP
Dorian Betts                                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                User: admin                              Page 1 of 4
Date Rcvd: Jan 21, 2022                           Form ID: 148                          Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorian Betts, 105 Harmony Circle Road, Sicklerville, NJ 08081-5638 |
| cr | + | Wilton's Corner Proprietary Association, 60 Meetinghouse Circle, Sicklerville, NJ 08081-4894 |
| 517443380 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 517443401 | + | Gregg A Shivers, Shivers Gosnay & Greatrex, LLC, Cherry Hill Plaza, 1415 Route 70, Ste 309, Cherry Hill, NJ 08034-2210 |
| 517443406 | | South Jersey Gas, PO BOX 6091, Bellmawr, NJ 08099-6091 |
| 517443407 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |
| 517443409 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 517443412 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 517443411 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 517443417 | + | Wilton's Corner Prop. Assn., 60 Meeting House Circle, Sicklerville, NJ 08081-4894 |
| 517472492 | + | Wilton's Corner Proprietary Association, c/o George C. Greatrex, Jr., Esquire, Shivers, Gosnay & Greatrex, LLC, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 517443418 | + | Wisdom Financial, 277 Northern Blvd Ste 10, Great Neck, NY 11021-4705 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2022 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2022 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jan 21 2022 20:28:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 517443379 | + | Email/Text: broman@amhfcu.org | Jan 21 2022 20:28:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 517443381 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 21 2022 20:28:00 | Atlantic City Electric, PO BOX 13610, Philadelphia, PA 19101-3610 |
| 517459923 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 21 2022 20:28:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517443382 | + | EDI: LCIBAYLN | Jan 22 2022 01:28:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 517443383 | + | EDI: LCIBAYLN | Jan 22 2022 01:28:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 517597029 | + | EDI: LCIBAYLN | Jan 22 2022 01:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517443385 | | EDI: CAPITALONE.COM | | |

Case 18-16980-JNP    Doc 46    Filed 01/23/22    Entered 01/24/22 00:15:48    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: 148 | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| | | Jan 22 2022 01:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517443390 | EDI: CITICORP.COM | | |
| | | Jan 22 2022 01:28:00 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 517443384 | + EDI: CAPITALONE.COM | | |
| | | Jan 22 2022 01:28:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517443386 | + EDI: CAPONEAUTO.COM | | |
| | | Jan 22 2022 01:28:00 | Capital One Auto Finance, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517443389 | + EDI: CITICORP.COM | | |
| | | Jan 22 2022 01:28:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517443391 | + EDI: CITICORP.COM | | |
| | | Jan 22 2022 01:28:00 | Citimortgage, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 517443392 | EDI: COMCASTCBLCENT | | |
| | | Jan 22 2022 01:28:00 | Comcast, PO BOX 3001, Southeastern, PA 19398-3001 |
| 517443394 | + Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Jan 21 2022 20:28:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 517443393 | + Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Jan 21 2022 20:28:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 517443395 | + Email/Text: csd1clientservices@cboflanc.com | | |
| | | Jan 21 2022 20:29:00 | Credit Bureau of Lancater County, Inc, Po Box 1271, Lancater, PA 17608-1271 |
| 517443396 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jan 21 2022 20:32:23 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517588961 | EDI: IRS.COM | | |
| | | Jan 22 2022 01:28:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 517443397 | + EDI: DISCOVER.COM | | |
| | | Jan 22 2022 01:28:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 517443398 | + EDI: DVTM.COM | | |
| | | Jan 22 2022 01:28:00 | DriveTime Credit Co, Attention: Bankruptcy, 4020 E Indian School Rd, Phoenix, AZ 85018-5220 |
| 517443399 | + EDI: AMINFOFP.COM | | |
| | | Jan 22 2022 01:28:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517443400 | EDI: AMINFOFP.COM | | |
| | | Jan 22 2022 01:28:00 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 517443402 | + Email/Text: bankruptcy@hccredit.com | | |
| | | Jan 21 2022 20:29:00 | Hccredit/feb, 203 E Emma Ave Ste A, Springdale, AR 72764-4625 |
| 517586456 | EDI: JEFFERSONCAP.COM | | |
| | | Jan 22 2022 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517443404 | EDI: JEFFERSONCAP.COM | | |
| | | Jan 22 2022 01:28:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 517443387 | EDI: JPMORGANCHASE | | |
| | | Jan 22 2022 01:28:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 517443388 | EDI: JPMORGANCHASE | | |
| | | Jan 22 2022 01:28:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 517585602 | + EDI: MID8.COM | | |
| | | Jan 22 2022 01:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517446194 | + EDI: RECOVERYCORP.COM | | |
| | | Jan 22 2022 01:28:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517484794 | + EDI: RECOVERYCORP.COM | | |
| | | Jan 22 2022 01:28:00 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517593093 | + Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 21 2022 20:32:25 | PYOD, LLC its successors and assigns as assignee, of FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517443405 | + | EDI: DRIV.COM | Jan 22 2022 01:28:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517443408 | + | EDI: CITICORP.COM | Jan 22 2022 01:28:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517443410 | + | Email/Text: dbogucki@trumark.org | Jan 21 2022 20:29:00 | Trumark Financial Cu, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 517533141 | | EDI: WFFC.COM | Jan 22 2022 01:28:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 517443413 | | EDI: USAA.COM | Jan 22 2022 01:28:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 517443414 | + | EDI: USAA.COM | Jan 22 2022 01:28:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 517448997 | | Email/Text: bankruptcynotices@vivecard.com | Jan 21 2022 20:28:00 | HC Processing Center, P.O. Box 268808, Oklahoma City, OK 73126-8808 |
| 517582755 | + | EDI: AIS.COM | Jan 22 2022 01:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517443416 | + | EDI: VERIZONCOMB.COM | Jan 22 2022 01:28:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 517443415 | | EDI: VERIZONCOMB.COM | Jan 22 2022 01:28:00 | Verizon, PO BOX 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517443403 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Bankruptcy Department, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 517793637 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2022     Signature:     /s/Joseph Speetjens

District/off: 0312-1     User: admin     Page 4 of 4
Date Rcvd: Jan 21, 2022     Form ID: 148     Total Noticed: 56

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilton's Corner Proprietary Association eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Georgette Miller | on behalf of Debtor Dorian Betts csmith@margolisedelstein.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John K. Justin | on behalf of Debtor Dorian Betts jkjustin@aol.com justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Mark A. Roney | on behalf of Creditor Wilton's Corner Proprietary Association mroney@hillwallack.com kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11